Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone: (702) 445-7000
Fax: (702) 385-7743
Email: ron@reynoldslawyers.com
mac@reynoldslawyers.com

**Attorneys for Plaintiff**
J&J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No.: 2:13-cv-755 -APG-GWF |
| Plaintiff, | |
| vs. | DEFAULT JUDGMENT |
| CHIKISS BOTANAS N' BEER, L.L.C, DBA CHIKISS BOTANAS N' BEER, AND ANTONIO URIBE MARTINEZ, DBA CHIKISS BOTANAS N' BEER, | |
| Defendants. | |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure Plaintiff has moved moved for Default Judgment on its Complaint. Good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants be held liable to Plaintiff for damages for violation of 47 U.S.C. § 605(e)(3)(B)(iii) in the amount of $10,000.00.

IT IS HEREBY ORDERED this 18th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE